IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
*Pro Se* Non-Prisoner Complaint Form

RECEIVED
USDC, CLERK GREENVILLE, SC
2015 AUG -4 AM 11: 17

| | |
|---|---|
| *[Enter the full name of the plaintiff in this action]*<br>DAvid Leon James<br>_____ | ) Civil Action No.<br>) _____<br>) *(to be assigned by Clerk)*<br>)<br>) |
| v. | ) |
| *[Enter the full name of each defendant in this action. If possible, please list only one defendant per line.]*<br>Nielsen Media Research<br>Nancy Skaar<br>_____<br>_____<br>_____<br>_____<br>_____<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

*If allowed by statute, do you wish to have a trial by jury?* Yes √   No _____
*[If any answer requires additional space, please use additional paper and attach hereto.]*

I. **PREVIOUS LAWSUITS**
   A. *Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?*

   Yes _____   No √

   B. *If your answer to A is Yes, describe the lawsuit in the space below. [If more than one lawsuit, describe on another sheet of paper using the same outline.]*

      1. *Parties to this previous lawsuit:*
         Plaintiff: _____
         Defendant(s): _____
      2. *Court:* _____

*(If federal court, name the district; if state court, name the county)*

3. Docket Number: _____

4. Name(s) of Judge(s) to whom case was assigned: _____

5. Status of Case: _____
   *(For example, was the case dismissed? Settled? Appealed? Still Pending?)*

6. Date lawsuit was filed: _____

7. Date of disposition (if concluded): _____

C. Do you have any other lawsuit(s) pending in the federal court in South Carolina?

Yes ✓   No ____

## II. PARTIES

*In Item A below, place your name and address in the space provided. [If additional plaintiffs, do the same on another sheet of paper.]*

A. Name of Plaintiff: David Leon James
   Address: 200 Pocahatchie Trail Greenville SC- 29611

*In Item B below, place the full name of the defendant, and his/her/its address, in the space provided. Use Item C for additional defendants, if any.*

B. Name of Defendant: Nielsen Media Research
   Address: 501 Brooker Creek Blvd Oldsmar FL 34677

C. Additional Defendants *(provide the same information for each defendant as listed in Item B above):*
   Nancy Skaar  501 Brooker Creek Blvd Oldsmar FL 34677

## III. STATEMENT OF CLAIM

*State here, as briefly as possible, the facts of your case. Describe how each defendant is involved.*

*Include also the name(s) of other persons involved, dates, and places.* **Do not give any legal arguments or cite any cases or statutes.** *If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets of paper if necessary.*

See Attached

Statement of Claim:

1. I was an employee of Nielsen Media Research from August of 2012 until August of 2013. My position was a Membership Representative. I was responsible for communicating and persuading households to allow Nielsen to measure what they watched on television. I worked out of my home office, and I was given a list of potential homes on a weekly basis . I was required to research these homes, send advanced letters, navigate best routes, and then conduct a face to face visits. Between ten to twenty-five percent of my day consisted of work in my home, before and after conducting the visits.
2. I was provided with a company vehicle in which to visit the required households. Nielsen had a policy of deducting up to 30 minutes of each of my first and last drive times. This policy was considered to be deducting normal commute time. This was done with disregard to the activities that were done before and after work, which would have made the work period a continuous day. These activities had to be classified as integral and indispensable activities, because if they weren't completed, I wouldn't have had any foundation on which to complete my day. The job really consisted of 1/3 planning/closing activities (at home), 1/3 driving, and 1/3 meeting with potential households.
3. My job requirement also required to obtain a typical average of three signs per week. Which were defined as the amount of people that I would get to agree to allow us to measure their data. Some weeks were better than others, so I was often able to meet or exceed this quota, and overtime was typically approved if requested as long as the goals were met. When the goal weren't meet, I was often told by my manager Nancy Skaar that I wasn't allowed to input 40 hours in my time tracker, because it looks funny to have a even 40 hours. There were numerous occasions were I worked 50 plus hours in an attempt to meet my goals, but was only able to log 40 or less. This was a standard practice throughout the company. We had conference calls where we were told not to log these hours, and on occasion texts were sent along these lines also. My manager and other members of management were aware that we were working off the clock, and they finally sent out an email to cover themselves a few months before my separation.
4. I suffered loss of wages and overtime as a result of these practices.

Page 1

III. STATEMENT OF CLAIM - *continued.*

## IV. RELIEF.

*State briefly and exactly what you want this court to do for you.*

Provide me with back pay for the hours that were improperly deducted and provide payment for the overtime hours that were worked, but were told not to report.

*I declare under penalty of perjury that the foregoing is true and correct.*

Signed this __3__ day of __August__, 20__15__.

_____
Signature of Plaintiff