U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See "Instructions for Service of Process by U.S. Marshal"*

RECEIVED
2016 JAN 14 PM 2:27

UNITED STATES MARSHALS
COLUMBIA SC

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| David Leon James | 6:15-3052 |
| DEFENDANT | TYPE OF PROCESS |
| Nancy Skaar | |

SERVE AT:
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Nancy Skaar
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
501 Brooker Creek Blvd, Oldsmar FL 34627

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
David L James
200 Pocahatchie Trail
Greenville SC 24611

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 2
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

813-366-3100

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 864-238-1875
DATE: 8-25-15

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY -- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No.: 71
District to Serve No.: C-18 71
Signature of Authorized USMS Deputy or Clerk: BB
Date: 9-4-15  09/01/15

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above):
Date: 11/17/15
Time: 1600 ☒ pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $65.00 | $20.70 | $8.00 | $93.70 | | $0.00 |

REMARKS: 9/4/15 1st Endv. Cert Mail $13.04.
10-29-15 PS FM 3811 did not return to district, Fwd to USMS district C-18 for P/S

11-03 - Fwd to USMS Tampa
1 DUSM x $65.00 = $65.00 / 36 miles x .575 = $20.70

DISTRIBUTE TO: 1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED
Form USM-285
Rev. 11/13