AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| David Leon James | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No.  6-15-cv-3052-TMC |
| Nielsen Media Research; Nancy Skaar | ) |
| *Defendant*(s) | ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: this case is dismissed.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Timothy M Cain.

Date:   June 17, 2016

*CLERK OF COURT*

s/L K McAlister, Deputy Clerk

*Signature of Clerk or Deputy Clerk*